ORiginal Copy

TYRONE R. HAMMONS   #98223
Name, Prisoner ID #

D.C.C.C.   #98223

P.O. BOX 220

HOMINY , OKLAHOMA 74035
Address

FILED
FEB 1 4 2000
Phil Lombardi, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

TYRONE R. HAMMONS, Plaintiff(s)
(Full Name) INDIVIDUALLY AND ON BEHALF
OF THOSE SIMILARY SITUATED

V.

JAMES L. SHAFFLE, DIRECTOR Defendant(s)
OKLAHOMA DEPARTMENT OF CORRECTION
AND/OR SECCESSORS

Case No. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
PURSUANT TO 42 U.S.C. §1983
(JURY DEMAND)

## A. JURISDICTION

1) TYRONE R. HAMMONS _____, is a citizen of OKLAHOMA
   (Plaintiff)                              (State)

   who presently resides at D.C.C.C. BOX 220, HOMINY ,OKLAHOMA 74035
   (mailing address or place of confinement)

2) Defendant JAMES L. SAFFLE _____ is a citizen of
   (Name of first defendant)
   OKLAHOMA CITY, OKLAHOMA _____, and is employed
   (City, State)
   as DIRECTOR OKLAHOMA DEPT. OF CORRECTIONS . At the time the claim(s)
   (Position and title, if any)
   alleged in this complaint arose, was this defendant acting under the color of state law?
   Yes ☒ No ☐. If your answer is "Yes", briefly explain:
   AT ALL RELEVANT TIMES THIS DEFENDANT HAD A DUTY AND RESPONSIBILITY TO ENSURE
   THAT CORRECTIONAL FACILITYS DEVELOP AND IMPLEMENT PROCEDURES TO PROVIDE
   REASONABLE ACCESS AND ACCOMMODATION TO THE EXERCISE OF PLAINTIFF'S RELIGIOUS
   BELIEF.

3) Defendant _____ is a citizen of
   (Name of second defendant)

   _____, and is empl__
   (City, State)

as_____ _____. At the time the claim(s)
       (Position and title, if any)
alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☐ No ☐. If your answer is "Yes", briefly explain:

_____

_____

*[You may attach one additional page (8½" x 11") to furnish the above information for additional defendants.]*

**B.    JURISDICTION**

   1)   Jurisdiction is asserted pursuant to: (Check one)
        ☒  42 U.S.C. §1983 (applies to state prisoners)

        ☐  *Bivens v Six Unknown Named Agents of Fed. Bureau of Narcotics.* 403 U.S. 388 (1971) and 28 U.S.C. §1331 (applies to fed. prisoners)

   2)   Jurisdiction also in invoked pursuant to 28 U.S.C. §1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)
        28 USC 1343 (A)(4), 28 USC 1651, 28 USC 2201 and 2202, 42 USC 1997(e)

**C.    NATURE OF CASE**

   1)   Briefly state the background of your case. THIS CASE INVOLVE MY FIRST AMENDMENT RIGHT TO FREE EXERCISE OF RELIGION AND WHETHER THE DEFENDANT'S PRIOR BAN ON ALL RELIGIOUS OILS WAS CONSTITUTIONAL. ON OR ABOUT THE 24th DAY OF September 1999, THE D.C.C.C. MAIL REFUSED TO ALLOW MUSLIM RELIGIOUS OILS TO BE EITHER RECEIVED OR DELIVERED. SUCH MUSLIM RELIGIOUS OILS ARE RELIGION ICONS THE EQUA OF CHRISTIAN CROSS, SUNDAY ( CHRISTIAN SABBATH), AND OR THE CROSS CRUCIFIX AN FOR THAT REASON, THE MUSLIM RELIGIOUS OILS CANNOT BE CLASSIFIED AS PROPERTY.

**D.    CAUSE OF ACTION**

   1)   I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: *[If necessary, you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.]*
        A(1)  Count I: _____

        FREE EXERCISE OF RELIGION VIOLATION.  FIRST AMENDMENT, U.S.C.
        _____

        A(2)  Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) AT ALL RELEVANT TIMES THE USE OF RELIGIOUS OILS WAS AN IMPORTANT PART OF MY MUSLIM FAITH, AND REMAIN TO BE. (SEE ATTACHED AFFIDAVIT). THE UNITED STATES CONSTITUTION'S FIRST AMENDMENT GUARANTEES RELIGIOUS FREEDOM AND THE 14th AMENDMENT GUARANTEES THAT PROTECTI AND NO PERSON SHALL BE DENIED THAT RIGHT TO FREEDOM OF RELIGION.
                                           (CONTINUE: SUPPORTING FACTS)           2

U:\WP51\COURT\FORMS\PR3

B(1) Count II: _____

_____

_____

B(2) Supporting Facts: _____

_____

_____

_____

C(1) Count III: _____

_____

_____

C(2) Supporting Facts: _____

_____

_____

_____

E. **PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF**

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☐ No ☑ If your answer is "Yes", describe each lawsuit. *[If there is more than one lawsuit, describe this each additional lawsuit using the same format on a blank sheet of paper which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF."]*

    a) Parties to previous lawsuit:
        Plaintiffs: _____ N/A _____

        Defendants: _____

    b) Name and Location of Court and docket number _____

_____

    c)    Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

                 N/A

    d)    Issues raised _____

    e)    Approximate date of filing lawsuit _____

    f)    Approximate date of disposition _____

2)    I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D.  Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

    ADMINISTRATIVE RELIEF VIA DEPARTMENT PROCEDURES IS FUTIL, AND TO NO AVAIL.
    SEE ATTACHED PROFF OF ADMINISTRATIVE RELIEF.

3)    I have exhausted available administrative remedies  Yes ☒ No ☐. If your answer is "Yes" briefly explain the steps taken. Attach proof of exhaustion. If your answer is "No" briefly explain why administrative remedies were not exhausted.

    SEE ATTACHMENT FOR PROOF

## F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1)    If you are proceeding under 28 U.S.C. §1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. [If there is more that one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet of paper which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."]

    a.    Parties to previous lawsuit:
        Plaintiffs: _____

        Defendants: _____

    b)    Name and Location of Court and docket number _____

    c)     Grounds for dismissal: [ ] frivolous  [ ] malicious  [ ] failure to state a claim upon which relief may be granted.

    d)     Approximate date of filing lawsuit _____

    e)     Approximate date of disposition _____

2) Are you in imminent danger of serious physical injury? ☒ Yes  No ☐.  If your answer is "Yes" please describe the facts in detail below without citing legal authority or argument. __DEPRIVATION OF MY RELIGION (SEE COUNT ONE) AND ADMINISTRATIVE RETALIATION AT D.C.C.C. THE DEPARTMENT OF CORRECTIONS HAS WAYS OF RETALIATIN[G] AGAINST THOSE INMATES THAT TEND TO FILE CIVIL ACTIONS AGAINST THEM. BY WAY OF TRANSFERING THOSE INMATES TO HIGHER SECURITY AND BY THEIR INFLUENCE ON OTHER INMATES TO CARRY OUT THEIR WISHES.__

G. **REQUEST FOR RELIEF**

1) I believe that I am entitled to the following relief: __DECLARATORY RELIEF THAT MY RIGHTS WERE VIOLATED. DAMAGES AND OR INJUNCTIVE RELIEF FOR THE DEFENDANT TO STOP VIOLATING MY RIGHTS; AND FOR THE DEFENDANT TO PAY THE COST AND FEES FOR BRINI[NG] THIS ACTION. PUNitive damages in the Amount of $100,000.00 against the defendant Pervent Future Violations.__

_____      _Tyrone R. Hammons_
Original Signature of Attorney (if any)     Original Signature of Petitioner

                         TYRONE R. HAMMONS #98223
                         P.O. BOX 220
                         HOMINY, OKLAHOMA 74035

_____

_____

Attorney's full address and telephone number

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746. 18 U.S.C. §1621.

Executed at __D.C.C.C.__  HOMINY OKLAHOMA.  on __2-2-2000__
           (Location)                                                   (Date)

                                           _Tyrone R. Hammons_
                                           (Original Signature of Prisoner)

5

CONTINUE SUPPORTING FACTS

AT ALL RELEVANT TIMES, PRIOR TO AND UP UNTIL THE DEFENDANT'S DIRECTION, MUSLIM INMATES WERE PERMITTED TO PURCHASE PRAYER OILS FROM AN OUTSIDE VENDOR AND PROC RELIGIOUS OILS WITH LIMINTATIONS AT DICK CONNER CORRECTIONAL CENTER. D.C.C.C IT IS ALLEGED HERE THAT ON THE 24th DAY OF September 1999 WHEN THE D.C.C MAIL ROOM FAILED AND REFUSED TO RELEASE FOR DELIVERY THE MUSLIM RELIGIOUS OILS VIOLATED THE ABOVE POINTED OUT UNITED STATES AND FEDERAL CONSTITUTIONAL PROVISIONS.

AT ALL RELEVANT TIMES ANY RESTRICTIONS OF THE RELIGIOUS OILS ACTIVITY WERE TO BE THE LEAST RESTRICTIVE MEANS NECESSARY TO PROTECT THAT INTREST AT D.C.C.C. ON AND ABOUT THE 5th DAY OF MAY 1999, THE DEFENDANT ISSUED HIS ORDER FOR TOTAL BAN ON PRAYER OILS AT THE OKLAHOMA DEPARTMENT OF CORRECTIONS FACILITIES, WHERE THE RELIGIOUS OILS ACTIVITIES ARE DENIED WITHOUT PREPARING, IN WRITING, THE SPECIFIC REASONS SUPPORTING THE DENIAL AT THE D.C.C.C. SEE OP-030112, effective 8-29-69.

THE DEFENDANT'S HAVE BEEN PRESENTED ALL THE FACTS CONCERNING THE RELIGIOUS OILS, INCLUDING WHAT IS SAID IN THE MUSLIM HOLY BOOK, THE QURAN; WHAT IS SAID BY OUR HOLY PROPHET MUHAMMAD (PEACE BE UPON HIM) IN THE BOOKS CALLED THE HADITH; WHAT THE FEDERAL COURTS SAID PRETAINING TO THIS SAME **ISSUE** CON* CERNING THE BAN ON RELIGIOUS OILS AS STATED IN MUNIR V. SCOTT, (SEE ATTACHMENT WITH ALL THE FACTS AND SUPPORTING AUTHORITY, THE DEFENDANT'S DELIBERATELY VIOLATED THE PLAINTIFF'S CONSTITUTIONAL RIGHT TO PRACTICE HIS RELIGION AS IS INSTRUCTED BY HIS HOLY PROPHET.

THUS, THIS COURT HAS THE FOLLOWING ISSUE TO DECIDE WHETHER ISLAMIC/MUSLIM OILS ARE A ESSENTIAL PART OF THEIR RELIGION , AND ITS PRACTICE. IF SO, THEN THE TOTAL BAN ON THE USE OF RELIGIOUS OILS BY THE MUSLIMS VIOLATES THE CONSTITUTION. RIGHTS OF THE PLAINTIFF'S, AND THAT THE PLAINTIFF IS ENTITLED TO JUDGMENT IN HIS FAVOR AS A MATTER OF LAW UNDER TITLE 42 U.S.C. Section.1983.

State of Oklahoma )
County of Osage ) ss.
)

# SWORN AFFIDAVIT

I, Tyrone Hammons, DCCC, Box 220, Hominy, Oklahoma 74035, The affiant, do solemnly swear on my oath, that I give this Sworn statement of my own free will, and I, being of sound mind do stat, to wit:

I am competent to testify to material facts within my own knowledge admissable into evidence.

That I am a sincere adherent to the religion of Islam. That the use of oils by Muslims is an important part of my religious faith. The Hadith along with the Qur'an a primary source for Islam is the source of the instructions to Muslims to use oils during prayer.

The Hadith contain sayings of the Prophet Muhammed. According to Muhammed in the Hadith, a Muslim is required to prepare himself for prayer by bathing, wearing his best clothes, and using his best oils. Bathing alone is not sufficient.

Oils are a significant part of Islam.....

Oils are routinely used in prayer services by Muslims in free society.

Anything further, affiant sayeth not.

X Tyrone R Hammons
             affiant

Subscribed and sworn before me this 2 Day Feb. , 2000

Norma Bullock
Notary Public

My Commission expires 4-21-2001

DCCC/11-sa01

# REQUEST TO STAFF

TO: Chaplain Lincks    FACILITY: D.C.C.C.    DATE: 8-24-99
(NAME AND TITLE OF OFFICER)

Have you previously submitted a "Request to Staff" or grievance on this same issue? **Yes** If yes, what date 7-1-99, facility D.C.C.C., grievance # _____

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

In my first Request To you Concerning The islamic Communities desire To Order Oils To be used by its Members And Our Guest, you Stated The Oils Where No longer Allowed. We find That, That is Not The Case. According To A Request of Staff We Received from The Warden, That All Inmates Are Allowed To Order Muslim Oils. Since We Use Our Oils for Religious Purpose, We Are Allowed

(USE OTHER SIDE IF MORE SPACE IS NEEDED)     "Over"

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

_____

[RECEIVED SEP 1999 WARDEN'S OFFICE stamp]

NAME: Tyrone Hammons   NUMBER: 98223   UNIT & CELL NUMBER: Q-211
(PRINT)
SIGNATURE: Tyrone Hammons 98223   WORK ASSIGNMENT: Kitchen

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION: Mr. Hammons,
I checked with the Warden's office about a request to Staff sent to her. None was found for the recent past. If you have one — I will review it in light of your request. But as it stands at the present — religious oils are not allowed.

Chaplain Lincks                    9-17-99
OFFICER                            DATE

[RECEIVED OCT 18 1999 ADMINISTRATIVE REVIEW stamp]

I:\OPS\OPSSIG\OPSSIG09\090124.WPD                    DOC090124D(06/98)

The Warden stated that OP-030112-03 titled Religious Programs, rescinded bothe addemdums 01 and 02 which allowed for the purchase of Oils. It only stands to reason that she had misinformation concerning religious oils that are used by the muslims. Please refer to OP--30112-01 & 02 and you will see that no mentioned of Religious Oils period. So how can she make such a claim that OP-030112-03 rescined Addemdums 01 and 02 when the oils never existed in Addemdums 01 and 02. This is a direct violation of my constitutional right to freedom of religion.

Total ban on the use of Religious Oils/prayer oils by the muslims violates the Constitutional Rights of the Muslims to practice their religion. See Munir v. Scott, 792 F. Supp. 1479 (E.D. Mich. 1992) Reversed 12 F.3d 213 (6th Cir. 1993) Certiorari denied 114 S.CE. 2149, 511 U.S. 1134, 128 L.Ed. 2d 876 (1994).

As muslims we are commanded by Allah (God) to follow our Holy Prophet in all aspects of life and affairs. In Sura 33:36 God tells us: "IT IS NOT FITTING FOR A BELIEVER, MAN OR WOMAN WHEN A MATTER HAS BEEN DECIDED BY GOD AND HIS MESSENGER TO HAVE A OPTION ABOUT THEIR DECISION. IF ANY ONE DISOBEYS GOD AND HIS MESSENGER HE IS INDEED ON A CLEAR WRONG PATH."

Allah tells us in Sura 5:7 " O YE WHO BELIEVE, WHEN YE PREPARE FOR PRAYER WASH YOUR FACES AND YOUR HANDS AND ARMS TO THE ELBOW, RUB YOUR HEADS WITH WATER AND WASH YOUR FEET TO THE ANKLES."

Our Holy prophet then gives us the essential practice in which he stated in the Hadith: IT IS THE RIGHT OF ALLAH UPON EVERY MUSLIM THAT HE SHOULD TAKE A BATH ON FRIDAY JUMAH SERVICE AND HE SHOULD APPLY TO ONESELF, PERFUME OR OILS WHICH IS AVAILABLE. (SAHIH MUSLIM) Vol. 2 page 403.
JABIR HEARD THE MESSENGER OF ALLAH (S.A.W.S.) SAYING, THE KEY TO PARADISE IS PRAYER, AND THE KEY TO PRAYER IS CLEANLINESS ( ABLUTION, THE WASHING BEFORE PRAYER AND THE APPLYING OF PERFUME OR OILS WHICH EVER IS AVAILABLE).
ABU AYYUB REPORTED ALLAHS MESSENGER (S.A.W.S.) HAVING SAID. " FOUR OUR THE CHARACTERISTICS (WHICH MAY BE CALLED) THE SUNAN OF THE MESSENGER OF ALLAH ( THE PRACTICE ). THE FOUR CHARACTERISTICS ARE (1) MODESTY, BUT SOME SAY CIRCUMCISION, (2) THE USE OF PERFUME OR OILS, (3) MISWAK AND (4) MARRIAGE. 382 Tirmidhi.

To deny the muslims the essential practice of their religion by the banning of religious oils is a direct violation of my constitutional right to freedom of religion. See Munir v. State, supra.
Also it should be noted that oils have been allowed into the State Prison and the Department of Correctional Centers for a long period of time without a problem and it has never been listed in OP-030112 Addemdums 01 and 02 therefore the muslims are being discriminated against by the the Department of Correction and this Administration and a direct violation upon my Constitutional Right.
Muslims should be allowed to continue ordering Religious oils because it is a essential requirement of the islamic faith, The Federal and Surpreme court seem's to think so.

## Grievance Response from Reviewing Authority

Offender Name: TYRONE HAMMONS DOC Number: 098223

Receipt Date: 9-29-99 Grievance Category Code: 9 Grievance Number: DCCC-99-110

| | | | | |
|---|---|---|---|---|
| 0. Discrimination | 2. Complaint against staff | 4. Disciplinary process | 6. Medical | 8. Records/sentence administration |
| 1. Classification | 3. Condition of confinement | 5. Legal | 7. Property | 9. Religion |

**Response:**

Mr. Hammons:

OP-030112-03, titled "Religious Programs," dated 5-10-99, rescinded both Addemdums 01 and 02 which allowed for the purchase of these oils. As of the date of this policy (5-10-99), these oils are no longer allowed. Any response contrary to this was in error.

RELIEF DENIED.

Reviewing Authority - Facility Health Services Administrator Date

Reviewing Authority - Facility Head Warden Date 10-07-99

xc: Linda [illegible] File

I have received the original of the response and all paperwork submitted to the reviewing authority.

Tyrone Hammons #98223 10-12-99

Signature of Grievant Date

You may appeal to the director or medical director or designee at Department of Corrections, P.O. Box 11400, Oklahoma City, OK 73136-0400. within 10 calendar days of receipt of response.

I wish to appeal the reviewing authority's or facility health services administrator's response to the grievance on the following ground(s) only (use back side of this page, if necessary):

☐ Newly discovered/available evidence not considered by the reviewing authority, relevant to the issue, necessary for a proper decision, and why the evidence was not previously available which if considered may alter the decision (you must clearly state the newly discovered/available evidence); or

☒ Probable error committed by the reviewing authority in the decision such as would be grounds for reversal (you must clearly state the error committed by the reviewing authority, including citing the part of procedures or statutes not followed by the reviewing authority).

"OVER" "Ko"

I understand that in accordance with OP-090124, I will be charged $2 to appeal a grievance to the director or medical deputy director (or designee), and that this form is also a request for disbursement of funds from my trust fund draw account. If I do not have enough funds to cover this cost, the amount will be collected as soon as funds become available.

Tyrone Hammons #98223 10-18-99

Signature of Grievant Date

RECEIVED OCT 18 1999 ADMINISTRATIVE REVIEW

RECEIVED SEP 1999 WARDEN'S OFFICE

I:\OPS\OPSSIG\OPSSIG09\090124.WPD DOC 090124B (05/99)

# INMATE/OFFENDER GRIEVANCE REPORT FORM

Page 1 of 2

date  11/16
code  9
       99-1707

date _____
code _____
no.   _____

*WRITE OR STAMP ABOVE THIS LINE*

Date 9-27-99          Facility or District  DCCC
Name  TYRONE HAMMONS          Facility Housing Unit  Q-211
       (Print)
DOC Number  98223   Race  B   Male ✓ Female __   Facility Work Detail  Kitchen

[Stamp: SEP 1999 RECEIVED WARDEN'S OFFICE]

Have you previously submitted a grievance on this same issue? **NO**   If yes, what date _____, facility _____, grievance # _____. You must submit this completed original within 15 calendar days of the incident or the receipt of an answer to your "Request to Staff." The "Request to Staff" must have been submitted within 7 calendar days of the incident. Do not include/attach anything to this grievance except the original "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments), etc.

1. The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use back side of this page, if necessary. The Islamic Community is being denied the purchase of Muslim Oils to be used in their Religious Practice. The Chaplain has been prejudice towards the Islamic Community, its belief, and practice, and has denied us every request concerning Religious matters and the purchase of Muslim Oils to be used by our community.

"Over"

2. Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.  I talked to the Chaplain & the Property Room Supervisor, showing them your response concerning oils but to no avail

3. The action you believe the reviewing authority may lawfully take.  That the Islamic Community be allowed to purchase Religious Oils. Also that a memo be sent to the Chaplain Hinicks and the Property Room Supervisor. That all inmates are allowed to purchase Religious Oils & we would like a copy of that memo for our record

I understand that in accordance with OP-090124, I will be charged $2 to submit a grievance to the director or medical deputy director (or designee), and that this form is also a request for disbursement of funds from my trust fund draw account. If I do not have enough funds to cover this cost, the amount will be collected as soon as funds become available.

Grievance report sent to (warden/district supervisor):

Ms. D. Mahaffey                              Warden
NAME                                         TITLE

Tyrone Hammons                               9-27-99
Signature of Grievant                        Date Sent to Reviewing Authority

[Stamp: RECEIVED OCT 18 1999 ADMINISTRATIVE REVIEW]

I:\OPS\OPSSIG\OPSSIG09\090124.WPD                             DOC 090124A (06/98)

A Request of staff was submitted to the Chaplain concerning the Islamic Community desire to purchase oils to be used in our Practice of the Religion of Al-Islam, which is a essential Requirement.

The Islamic Community Received a Respose from you concerning the Religious Oils Dated 8-19-99 stating "Mr. May, After investigation, I have said that All Inmates Are Allowed to Purchase the Oils to which you Refer. The fact that you use your Oils for Religious Purposes, does not mean that others cannot use their Oils for Hygienic Purposes. Therefore All Inmates Will be Allowed to Continue Ordering the Oils."

This Request of Staff from you was showned to Chaplain Lincks and he stated that you did not know what you where talking about, that you had been misinformed. He then photo copied that Respose of yours and rather than coming to you for Clearification, he goes to the Property Room Supervisor and tells him that since the Religious Oils where Not on the Property Metrix that he needed to stop the income of Religious Oils. As of 9-24-99 they have stoped the Muslims & Inmates from Purchasing or Receiving Religious Oils, contrary to your Recent decision.

It must be Noted that Islamic Oils Are Essential to the Practice of our Religion. As Stated by our Holy Prophet Muhammed (Peace be upon Him) It is the Right of Allah (God) upon every Muslim that he should take a bath on Friday Jumah Service and should apply to oneself, Perfume or Oils which is Available Page 403 Vol. 2 Sahih Muslim. When a muslim Prepares for his 5 daily Prayers all Muslim's must wash themselves and apply to himself, Perfume or Oils. This is a essential Requirement of our Religion. To deny us the Purchase of Religious Oils is a direct Infringment upon our Religious Practice. The Chaplain has not taken our Religious Practice Serious, therefore he has been Prejudice towards the Islamic Community and its belief, which is a Violation of our Constitutional Right the freedom of Religion.

We Ask that you look into this matter and that the Muslims Community be Allowed to Purchase oils for our Community, and that a Memo be

JAMES L. SAFFLE
DIRECTOR



FRANK KEATING
GOVERNOR

STATE OF OKLAHOMA
OKLAHOMA DEPARTMENT OF CORRECTIONS

November 16, 1999

Tyrone Hammons #98223
Dick Conner Correctional Center
P. O. Box 220
Hominy, Oklahoma 74035

Re: 99-1707; DCCC 99-110
Subj: 9; Religion

Dear Mr. Hammons:

Your grievance and appeal of the warden's response have been reviewed. Addendum 01 to OP-030112 entitled Religious Programs does list Oils/Perfumes as allowable religious items. But as noted by Warden Mahaffey in her grievance response dated October 7, 1999, Addendum 03 rescinded both Addendums 01 and 02, and Oils/Perfumes are no longer allowed.

Procedures were applied appropriately. Warden Mahaffey accurately and sufficiently responded to your complaint, and relief is denied.

Sincerely,

Dolores Ramsey 11/16/99
Dolores Ramsey
Designee for the Director

/LS

cc: Debbie Mahaffey, Warden, Dick Conner Correctional Center

3400 MARTIN LUTHER KING AVENUE • P.O. BOX 11400 • OKLAHOMA CITY, OKLAHOMA 73136-0400
OFFICE: (405) 425-2500 • FAX: (405) 425-2064 • www.doc.state.ok.us/
 recycled paper

Case 4:00-cv-00143-GKF-saj Document 1 Filed in USDC ND/OK on 02/14/00 Page 14 of 16

# CERTIFICATE OF MAILING

I, _Tyrone R. Hammons_, hereby certify that a true and correct copy of the above and foregoing instrument to which this certificate is attached, was served upon the following and below named, by placing the same in a sealed, postage-paid envelope and deposited in the United States mails, recorded at the Dick Conner Correctional Center, Box 220, Hominy, Oklahoma, 74035, on the _8th_ day of _Feb._, ~~19~~ _2000_

_James L. Saffle, Director_
_ODOC P.O. Box 11400_
_Oklahoma City, Okla._
_73136-0400_

X _Tyrone Hammons_